# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| C.N., B.L., AND MINOR CHILD B.K.L.N.; J.A.R., E.G.M., AND MINOR CHILD J.G.; M.N., P.M., AND MINOR CHILD H.M.N.; M.C., G.S.C., AND MINOR CHILDREN G.R.S.C. AND N.B.T., M.E.L., E.O.E., AND MINOR CHILD J.O.E., | : No. 46 MAP 2020 <br><br> : Appeal from the Orders of the : Commonwealth Court at No. 268 : MD 2020 dated July 7, 2020 & July : 22, 2020. |
| Appellants | : |
| v. | : |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                    **DECIDED:  November 13, 2020**

    **AND NOW**, this 13th day of November, 2020, the order of the Commonwealth Court is **AFFIRMED**.